# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BOB PORTO, d/b/a BOB PORTO BUILDERS,                            PLAINTIFFS
on behalf of himself and others similarly situated

v.                        No. 4:17CV00440 JLH

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 16th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE